UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LISA WEAVER                                           PLAINTIFF

V.                                           CIVIL ACTION NO. 3:08cv4 DPJ-JCS

STUART C. IRBY COMPANY                         DEFENDANT

## **JUDGMENT**

For the reasons given in the Court's Order, Defendant Stuart C. Irby Company's motion to dismiss [11] is granted.

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for failure to prosecute or comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 13th day of March, 2009.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE